**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| LARRY A. CHIEFLY, | ) |
| Petitioner, | ) |
| vs. | ) Case No. CIV-09-147-M |
| WARDEN PROVINCE, | ) |
| Respondent. | ) |

## ORDER

On August 29, 2009, United States Magistrate Judge Bana Roberts issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2254, seeking a writ of habeas corpus. The Magistrate Judge recommended that respondent's motion to dismiss [docket no. 8] be granted and the petition for writ of habeas corpus be dismissed as time-barred pursuant to 28 U.S.C. § 2244(d)(1)(A). Petitioner was advised of his right to object to the Report and Recommendation by September 17, 2009, and a review of the court file reveals that no objection has been filed.

Accordingly, upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on August 29, 2009;

(2) GRANTS respondent's motion to dismiss the petition for writ of habeas corpus; and

(3) DISMISSES the petition for writ of habeas corpus without prejudice.

**IT IS SO ORDERED this 24th day of September, 2009.**

*[Signature]*
VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE